IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KAYLOR,<br><br>          Plaintiff,<br><br>   vs.<br><br>COUNTY OF KERN, et al.,<br><br>          Defendants.<br>_____/ | 1:04-CV-6654-REC-TAG<br><br>ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE FROM A REGULAR CIVIL RIGHTS CASE TO A PRISONER CIVIL RIGHTS CASE |

      On December 6, 2004, plaintiff Daniel Kaylor filed the complaint upon which this action proceeds. (Doc. 1). The Clerk of the Court designated the action as a civil rights action pursuant to 42 U.S.C. § 1983. In his complaint, plaintiff alleges violations of his civil rights by officers of the Kern County Sheriff's Department during his arrest and subsequent incarceration. (Doc. 1, pp. 3-4). Upon further review by the Court, it has been determined that the present action involves prison conditions of confinement, and the Court hereby construes the case as a prisoner civil rights action pursuant to 42 U.S.C. § 1983.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The Clerk of the Court is DIRECTED to:

           (1)    change the designation of this case to reflect that of a prisoner civil rights action pursuant to 42 U.S.C. § 1983 and to reflect this designation by addition of a "P" to the case number;

1

|  |  |  |
|---|---|---|
| | (2) | reassign this case to another Magistrate Judge for all further proceedings, making appropriate adjustments, if any, in the assignments of cases to compensate for such reassignment; |
| | (3) | serve a copy of this order on the Magistrate Judge to whom the case is reassigned, and to the District Judge to whom the case is assigned; |
| | (4) | designate a new case number for this action, to include the initials of the assigned District Judge and Magistrate Judge, and a "P"; and |
| | (5) | serve a notice of the new case number to all parties in this action. |

2. The parties in this action are advised to use the new case number on all future pleadings and/or correspondence.  Use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

**Dated:   May 2, 2005**                              /s/ Theresa A. Goldner
j6eb3d                                                  UNITED STATES MAGISTRATE JUDGE

2